# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN NELSON,<br><br>            Plaintiff,<br><br>       v.<br><br>A. K. SCRIBNER, et al.,<br><br>            Defendants. | CASE NO. 1:03-cv-5796-OWW-LJO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DIRECTING THE CLERK OF THE COURT TO ENTER JUDGMENT<br><br>(Docs. 42 and 57) |

Plaintiff Stephen Nelson ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 23, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 23, 2005, is adopted in full;
2. Defendant Oxford's motion for summary judgment, filed November 2, 2004, is GRANTED; and

1

3. The Clerk of the Court shall enter judgment for defendant and against plaintiff.

IT IS SO ORDERED.

**Dated:   July 7, 2005**             **/s/ Oliver W. Wanger**
emm0d6                             UNITED STATES DISTRICT JUDGE